SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ROEY Z. RAHMIL (Bar #273803)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; rrahmil@sflaw.com

Attorneys for Plaintiff Lawrence Wai-Man Hui

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WAI-MAN HUI,<br>Plaintiff,<br>v.<br>FOX ORTEGA ENTERPRISES d/b/a PREMIER CRU, and DOES 1-10, inclusive,<br>Defendants. | Case No.<br>**COMPLAINT**<br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. Defendant Fox Ortega Enterprises d/b/a Premier Cru ("Premier Cru") states on its website: "We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers." That has not been true for Plaintiff Lawrence Wai-Man Hui ("Hui") and, apparently, many other Premier Cru customers. This case is about Premier Cru's failure to fulfill its contractual obligations to deliver wine to Hui, and its wrongful conduct in inducing Hui to order additional wine when it knew it would not or could not deliver the wine in a reasonably timely manner. As a result of its wrongful conduct, Premier Cru has had the benefit of almost one million dollars of Hui's money while Hui has received essentially nothing in return.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

## PARTIES

2. Hui is an individual residing in Hong Kong.

3. Premier Cru is a California corporation with its principal place of business in Berkeley, California.

4. Hui is ignorant of the true names and capacities of defendants sued herein as Does 1-10, inclusive, and therefore sues these defendants by such fictitious names. Hui will amend this complaint to allege their true names and capacities when ascertained. Hui is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner or status for the acts and omissions described herein and that his loss as herein alleged was proximately caused by defendants' acts.

## JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because Hui is a citizen of Hong Kong and Premier Cru is incorporated in California, and the amount in controversy exceeds $75,000.

6. Venue is proper in this district because a substantial part of the acts and omissions giving rise to this case took place in Berkeley, California.

7. Intradistrict assignment is proper in the San Francisco or Oakland Division of this Court pursuant to Civil Local Rule 3-2(d) because a substantial part of the events or omissions giving rise to this case occurred in Berkeley, California, which is located in Alameda County.

## FACTUAL ALLEGATIONS

8. Between August 2011 and October 2014, Hui purchased wine and "wine futures" from Premier Cru for various types of French wine. Wine futures are a method of purchasing wines early while a vintage is still in a barrel, offering the customer the opportunity to invest in a particular wine before it is bottled. The wine producers (or "chateaus") generally deal with bulk wine buyer/importers like Premier Cru. In turn, those bulk buyers/importers sell wine in advance to individuals and other customers at a predetermined price.

9. In total, Mr. Hui purchased $981,642 worth of wine, most of it futures, from Premier Cru, representing 1,591 bottles of futures for 2009, 2010, 2011, and 2012 vintages from

various chateaus. A summary of Hui's purchases of wine and wine futures from Premier Cru, as printed from Premier Cru's website, is attached hereto as Exhibit A and incorporated herein by reference. An itemized list of his purchase orders, as printed from Premier Cru's website, is attached hereto as Exhibit B and incorporated herein by reference. Each time Hui ordered wine from Premier Cru, he sent Premier Cru money in the exact amount of the purchase price. Of those purchases, far fewer than 100 bottles have arrived. Under California Commercial Code section 2309(1), "the time for shipment or delivery or any other action under a contract if not provided in this division or agreed upon shall be a reasonable time."

10. Hui purchased wine and wine futures from Premier Cru because Premier Cru held itself out as a reputable dealer of wine and wine futures with secure relationships with chateaus.

11. Hui was understandably wary of sending so much money to a company overseas to secure wine that had not yet been released. On August 18, 2011, before Hui placed his first order, a Premier Cru employee named James Gillerman sent Hui a reassuring email in which he stated that "we do deliver the wines we sell." Premier Cru has not delivered the wines Mr. Hui bought, and this statement is false. This statement induced Hui to make purchases through Premier Cru.

12. In a June 6, 2012 email, after Hui had ordered and paid for over $500,000 worth of wine and asked when his wines would be delivered, Gillerman wrote: "I do suspect that a large amount of your bottles will be here in time for a pickup of shipment in December January of this year/next year [i.e., December 2012 or January 2013]." This statement was false, yet it induced Hui to make many additional purchases through Premier Cru.

13. After Hui raised concerns about non-delivery of his wine, on September 9, 2014, Gillerman reiterated to Hui in an email: "We do deliver the wines we sell, and you will get everything you ordered." Gillerman further stated that "I fully expect that MANY of more of your wines will be here by the end of 2014…. again I would expect you will see a whole lot more 2009 and 2010 Bordeaux here by the end of the year.... By the end of the year, or early next if you prefer, you should see a very large number of your bottles are here." These statements

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

were false as well, yet they induced Hui to make further purchases and to forbear from taking action against Premier Cru.

14. Despite Hui's requests, Premier Cru has provided little meaningful information on the status of his 2009 and 2010 futures orders, has not provided any satisfactory answer for where his 2011 and 2012 bottles are or when he can reasonably expect them.

15. Many of the wines Hui ordered from Premier Cru are now widely available from other vendors at prices lower than what Mr. Hui paid Premier Cru up front. For example, in August 2011 Hui pre-ordered 18 bottles of 2009 Cheval Blanc for $995 per bottle. This wine is immediately available for purchase online for less than what Hui paid. As another example, in March 2012 Hui ordered 24 bottles of 2009 Mouton Rothschild for $799 per bottle. This wine is available online for far less than Hui's price from Premier Cru. None of these wines has been delivered to Hui nor has he been advised by Premier Cru that they are otherwise available.

16. Hui has requested rescission of his purchase contracts with Premier Cru and an unconditional return of his money. Premier Cru has ignored his requests.

17. Hui's experience is not unique. A Google search yields multiple complaints by other purchasers of Premier Cru's futures who have not received the goods they bargained for.

18. Several of those complaints are summarized in the New York Times article entitled "No Wine (Really, Not One Bottle) Before Its Time," dated June 6, 2015, available at <http://www.nytimes.com/2015/06/07/your-money/no-wine-really-not-one-bottle-before-its-time.html>. In that article, John Fox, a principal of Premier Cru, is quoted as follows: "We've been working on getting our staff to give people correct information about when their wine is going to show up…. *Not false estimates because they want to get off the phone. It's been a transition.*" (emphasis added). Fox's statement suggests that Premier Cru's staff is "transitioning" from giving "false estimates"—such as the false estimates given to Hui.

## **FIRST CLAIM FOR RELIEF**

### **(Fraud—Promise Made Without Intention to Perform [Cal. Civ. Code § 1710.4])**

19. Paragraphs 1-18 are incorporated herein by reference.

20. Each time Hui purchased wine or wine futures from Premier Cru (i.e. with each order attached hereto as Exhibit B), Premier Cru made a promise that it would timely deliver Hui's wine to him.

21. On information and belief, at the time Premier Cru made each promise, it had no intention of performing it, and it knew that it could not or would not timely deliver Hui's wine to him.

22. The promises were made by Premier Cru with the intent to induce Hui to send Premier Cru money.

23. Hui, at the time the promises were made and at the time he sent money to Premier Cru, was ignorant of the defendant's secret intention not to perform and could not, in exercising reasonable diligence, determine that Premier Cru had no intention to perform. Hui lives overseas and communicated with Premier Cru by email. By email, Premier Cru assured Hui that he would get his wine. If Hui had known Premier Cru's actual intentions, he would never have sent Premier Cru money.

24. Premier Cru failed to abide by its promise to deliver Hui's wine.

25. As a direct and proximate result of these false promises, Hui has been damaged in an amount no less than $981,642.

26. Premier Cru's promises with no intention to perform were intentional misrepresentations and deceits, with the intention of depriving Hui of property or legal rights or otherwise causing injury, and were despicable conduct that subjected the Hui to a cruel and unjust hardship in conscious disregard of his rights, so as to justify an award of exemplary and punitive damages.

## SECOND CLAIM FOR RELIEF

## (Fraud — False Representation of Fact)

27. Paragraphs 1-26 are incorporated herein by reference.

28. On August 18, 2011, a Premier Cru employee named James Gillerman sent Hui a reassuring email in which he stated that "we do deliver the wines we sell." Premier has not

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

delivered the wines Mr. Hui bought, and this statement was false. This statement induced Hui to make purchases through Premier Cru.

29. In June 6, 2012 email, after Hui asked when his wines would be delivered, Gillerman wrote: “I do suspect that a large amount of your bottles will be here in time for a pickup of shipment in December January of this year/next year [i.e., December 2012 or January 2013].” This statement was false, yet it induced Hui to make many additional purchases through Premier Cru.

30. After Hui raised concerns about non-delivery of his wine, on September 9, 2014, Gillerman reiterated to Hui in an email: “We do deliver the wines we sell, and you will get everything you ordered.” Gillerman further stated that “I fully expect that MANY of more of your wines will be here by the end of 2014…. again I would expect you will see a whole lot more 2009 and 2010 Bordeaux here by the end of the year.... By the end of the year, or early next if you prefer, you should see a very large number of your bottles are here.” These statements are false, yet they induced Hui to make further purchases and to forbear from taking action against Premier Cru.

31. On information and belief, the statements set forth above were false when they were made. John Fox’s admission in the New York Times that “[w]e’ve been working on getting our staff to give people correct information about when their wine is going to show up…. Not false estimates because they want to get off the phone. It’s been a transition….” suggests that Premier Cru’s staff is “transitioning” from giving “false estimates”—such as the false estimates given to Hui.

32. When Premier Cru’s employee made these false statements, he knew them to be false and made these statements with the intent of inducing Hui to order wine through Premier Cru, to send Premier Cru money, and/or to forbear from taking action against Premier Cru.

33. Hui reasonably relied on these false statements. At the time the statements were made and at the time he sent money to Premier Cru, Hui was ignorant of the falsity of these representations and could not, in exercising reasonable diligence, determine that these statements were false. Hui lives overseas and communicated with Premier Cru by email. By email, Premier

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Cru assured Hui that he would get his wine. If Hui had known that Premier Cru was making false representations about when his wine would be available, he would never have sent Premier Cru money.

34. As a direct and proximate result of these false promises, Hui has been damaged in an amount no less than $981,642.

35. Premier Cru's false statements were intentional misrepresentations and deceits, with the intention of depriving Hui of property or legal rights or otherwise causing injury, and were despicable conduct that subjected the Hui to a cruel and unjust hardship in conscious disregard of his rights, so as to justify an award of exemplary and punitive damages.

**THIRD CLAIM FOR RELIEF**

**(Negligent Misrepresentation)**

36. Hui alleges the following in the alternative to the Second Claim for Relief.

37. Paragraphs 1-36 are incorporated herein by reference.

38. The statements set forth in Paragraphs 11-13 and 28-30 above were not true.

39. Although Premier Cru's employee may have honestly believed that the statements were true when he made them, he had no reasonable ground for such belief given that Premier Cru was having widespread problems delivering wine and wine futures on time—a fact surely known to Premier Cru and its employees.

40. Premier Cru intended that Hui rely on these statements.

41. Hui reasonably relied on these false statements. At the time the statements were made and at the time he sent money to Premier Cru, Hui was ignorant of the falsity of these representations and could not, in exercising reasonable diligence, determine that these statements were false. Hui lives overseas and communicated with Premier Cru by email. By email, Premier Cru assured Hui that he would get his wine. If Hui had known that Premier Cru was making false representations about when his wine would be available, he would never have sent Premier Cru money.

42. As a direct and proximate result of these false promises, Hui has been damaged in an amount no less than $981,642.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

**FOURTH CLAIM FOR RELIEF**

**(Breach of Contract)**

43. Paragraphs 1-42 are incorporated herein by reference.

44. Each time Hui purchased wine or wine futures from Premier Cru (i.e. with each order attached hereto as Exhibit B), Premier Cru made a promise that it would timely deliver Hui's wine to him.

45. Hui has performed all conditions, covenants, and promises required on his part to be performed in accordance with the terms and conditions of the contracts or has been excused from such performance.

46. Premier Cru has breached each purchase contract by failing to deliver Hui's wine within a reasonable time.

47. As a direct and proximate result of Premier Cru's breaches, Hui has been damaged in an amount no less than $981,642.

**FIFTH CLAIM FOR RELIEF**

**(Rescission Based on Misrepresentation [Cal. Civ. Code § 1689(b)(2])**

48. Plaintiff alleges the following in the alternative to the Fourth Claim for Relief.

49. Paragraphs 1-47 are incorporated herein by reference.

50. Premier Cru made the misrepresentations to Hui set forth in paragraphs 11-13 and 28-30 above.

51. On information and belief, the statements set forth above were false when they were made. John Fox's admissions in the New York Times that "[w]e've been working on getting our staff to give people correct information about when their wine is going to show up…. Not false estimates because they want to get off the phone. It's been a transition…." suggests that Premier Cru's staff is "transitioning" from giving "false estimates"—such as the false estimates given to Hui.

52. When Premier Cru's employee made these false statements, he knew them to be false and made these statements with the intent of inducing Hui to order wine through Premier Cru, to send Premier Cru money, and/or to forbear from taking action against Premier Cru.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

53. Hui reasonably relied on these false statements. At the time the promises were made and at the time he sent money to Premier Cru, Hui was ignorant of the falsity of these representations and could not, in exercising reasonable diligence, determine that these statements were false. Hui lives overseas and communicated with Premier Cru by email. By email, Premier Cru assured Hui that he would get his wine. If Hui had known that Premier Cru was making false representations about when his wine would be available, he would never have sent Premier Cru money.

**SIXTH CLAIM FOR RELIEF**

**(Unfair Business Practices [Cal. Bus. & Prof. Code § 17200 *et seq.*])**

54. Paragraphs 1-53 are incorporated herein by reference.

55. Section 17200 of the California Business and Professions Code prohibits "fraudulent business act[s] or practice[s]," which are acts or practices likely to deceive members of the public.

56. As set forth above, Premier Cru has and had a business practice of representing that it can and will secure wine for its customers when it lacks the intention and/or the ability to do so. Accordingly, Premier Cry's representations are false.

57. As set forth above, Hui was induced to order wine from Premier Cru and to refrain from action against it by Premier Cru's false promises and representations regarding its ability to deliver wine to him. These representations were material to Hui and he would not have given money to Premier Cru without them.

58. These representations caused Hui to suffer harm in that he sent money to Premier Cru to secure wines that Premier Cru had no intention of delivering to him,

**PRAYER**

WHEREFORE, Hui prays for judgment as follows:

1. For compensatory damages in amount according to proof pursuant to California Commercial Code §§ 2712-2715;

2. For prejudgment interest at the legal rate of 10%;

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

3. For punitive damages in amount appropriate to punish Premier Cru and deter others from engaging in similar misconduct;

4. For restitution;

5. For preliminary and permanent injunctive relief;

6. For attorney's fees and costs of suit; and

7. For any further relief which the Court deems just and proper.

Dated: August 6, 2015

SHARTSIS FRIESE LLP

By: */s/ Arthur J. Shartsis*
ARTHUR J. SHARTSIS

Attorneys for Plaintiff
LAWRENCE WAI-MAN HUI

**DEMAND FOR JURY TRIAL**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Hui hereby demands a trial by jury on all issues triable by a jury.

Dated: August 6, 2015

SHARTSIS FRIESE LLP

By: */s/ Arthur J. Shartsis*
ARTHUR J. SHARTSIS

Attorneys for Plaintiff
LAWRENCE WAI-MAN HUI

09801\001\7273795.v1

# Exhibit A

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER HISTORY

| Order Number (Status) | Amount | Qty | Shipped | Remain | Avail | Date |
|---|---|---|---|---|---|---|
| SO-0000459489 (Open) | $1,499.95 | 5 | 0 | 5 | 5 | 10/29/14 |
| SO-0000454696 (Open) | $11,999.70 | 30 | 0 | 30 | 0 | 9/8/14 |
| SO-0000450407 (Open) | $19,317.00 | 108 | 0 | 108 | 0 | 7/21/14 |
| SO-0000441602 (Open) | $21,734.40 | 108 | 0 | 108 | 0 | 4/7/14 |
| SO-0000440167 (Open) | $19,572.51 | 30 | 0 | 30 | 6 | 3/24/14 |
| SO-0000439696 (Open) | $29,479.08 | 102 | 0 | 102 | 0 | 3/17/14 |
| SO-0000438189 (Open) | $46,507.59 | 109 | 0 | 109 | 7 | 2/24/14 |
| SO-0000437947 (Open) | $1,449.95 | 5 | 0 | 5 | 0 | 2/22/14 |
| SO-0000437079 (Open) | $72,098.44 | 182 | 0 | 182 | 0 | 2/11/14 |
| SO-0000414484 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

**Premier Cru**
1011 University Ave
Berkeley, CA 94710
Click here for directions

**Store Hours**
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# **Exhibit B**

# ORDER DETAILS

Order No.: SO-0000361750
Order Date.: Aug 25, 2011
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2009 La Mission Haut Brion, 750 ml | 18 | 0 | 18 | 0 | $799.99 | $14,399.82 |
| 2009 Cheval Blanc, 750 ml | 18 | 0 | 18 | 0 | $995.00 | $17,910.00 |
| 2009 Haut Brion, 750 ml | 18 | 0 | 18 | 0 | $899.99 | $16,199.82 |
| 2009 Leoville las Cases, 750 ml | 3 | 0 | 3 | 0 | $309.99 | $929.97 |
| 2009 Mouton Rothschild, 750 ml | 18 | 0 | 18 | 0 | $799.99 | $14,399.82 |
| 2010 Margaux, 750 ml | 18 | 0 | 18 | 0 | $899.99 | $16,199.82 |
| 2010 Lafite Rothschild, 750 ml | 30 | 0 | 30 | 0 | $1,299.00 | $38,970.00 |
| 2010 Haut Brion, 750 ml | 18 | 0 | 18 | 0 | $899.99 | $16,199.82 |
| 2010 La Mission Haut Brion, 750 ml | 18 | 0 | 18 | 0 | $899.99 | $16,199.82 |
| 2010 Mouton Rothschild, 750 ml | 18 | 0 | 18 | 0 | $899.99 | $16,199.82 |
| 2010 Leoville las Cases, 750 ml | 18 | 0 | 18 | 18 | $289.99 | $5,219.82 |
| 2010 Latour, 750 ml | 18 | 0 | 18 | 0 | $1,199.00 | $21,582.00 |
| 2010 Cheval Blanc, 750 ml | 18 | 0 | 18 | 0 | $1,250.00 | $22,500.00 |
| 2010 Ausone, 750 ml | 30 | 0 | 30 | 0 | $1,699.00 | $50,970.00 |
| 2010 Petrus, 750 ml | 30 | 0 | 30 | 0 | $2,699.00 | $80,970.00 |
| 2010 Le Pin, 750 ml | 30 | 0 | 30 | 0 | $2,399.00 | $71,970.00 |

| | |
|---|---|
| **Subtotal:** | $420,820.53 |
| **Tax:** | $0.00 |
| **Total:** | $420,820.53 |

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2009 La Mission Haut Brion, 750 ml | 18 | 0 | 18 |
| 2009 Cheval Blanc, 750 ml | 18 | 0 | 18 |
| 2009 Haut Brion, 750 ml | 18 | 0 | 18 |
| 2009 Leoville las Cases, 750 ml | 3 | 0 | 3 |
| 2009 Mouton Rothschild, 750 ml | 18 | 0 | 18 |
| 2010 Margaux, 750 ml | 18 | 0 | 18 |

| | | | |
|---|---|---|---|
| 2010 Lafite Rothschild, 750 ml | 30 | 0 | 30 |
| 2010 Haut Brion, 750 ml | 18 | 0 | 18 |
| 2010 La Mission Haut Brion, 750 ml | 18 | 0 | 18 |
| 2010 Mouton Rothschild, 750 ml | 18 | 0 | 18 |
| 2010 Leoville las Cases, 750 ml | 18 | 0 | 18 |
| 2010 Latour, 750 ml | 18 | 0 | 18 |
| 2010 Cheval Blanc, 750 ml | 18 | 0 | 18 |
| 2010 Ausone, 750 ml | 30 | 0 | 30 |
| 2010 Petrus, 750 ml | 30 | 0 | 30 |
| 2010 Le Pin, 750 ml | 30 | 0 | 30 |

**Browse Wines**

**Featured Wines**
What's New
Newsletters

**Learn About Wine**
Regions
Producers
Feature Articles
Wine Expert Reviews

**Customer Service**
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

**About Us**
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

**RSS Center**

FIND A WINE
Enter Wine
SEARCH

GET OUR NEWSLETTER
Enter Email
SUBSCRIBE

**About Us**
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

**Premier Cru**
1011 University Ave
Berkeley, CA 94710
Click here for directions

**Store Hours**
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000459489
Order Date.: Oct 29, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 1997 Grange Hermitage, Penfolds, 750 ml | 5 | 0 | 5 | 5 | $299.99 | $1,499.95 |

**Subtotal:** $1,499.95
**Tax:** $0.00
**Total:** $1,499.95

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 1997 Grange Hermitage, Penfolds, 750 ml | 5 | 0 | 5 |



© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000454696
Order Date.: Sep 8, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 La Mission Haut Brion, 750 ml | 30 | 0 | 30 | 0 | $399.99 | $11,999.70 |

| | |
|---|---|
| **Subtotal:** | $11,999.70 |
| **Tax:** | $0.00 |
| **Total:** | $11,999.70 |

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 La Mission Haut Brion, 750 ml | 30 | 0 | 30 |



About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER DETAILS

Order No.: SO-0000450407
Order Date.: Jul 21, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 Le Dome, 750 ml | 36 | 0 | 36 | 0 | $195.00 | $7,020.00 |
| 2012 Cos d'Estournel, 750 ml | 24 | 0 | 24 | 0 | $77.39 | $1,857.36 |
| 2012 Haut Brion, 750 ml | 12 | 0 | 12 | 0 | $270.00 | $3,240.00 |
| 2012 Cheval Blanc, 750 ml | 12 | 0 | 12 | 0 | $335.99 | $4,031.88 |
| 2012 Pavie, 750 ml | 24 | 0 | 24 | 0 | $131.99 | $3,167.76 |

**Subtotal:** $19,317.00
**Tax:** $0.00
**Total:** $19,317.00

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 Le Dome, 750 ml | 36 | 0 | 36 |
| 2012 Cos d'Estournel, 750 ml | 24 | 0 | 24 |
| 2012 Haut Brion, 750 ml | 12 | 0 | 12 |
| 2012 Cheval Blanc, 750 ml | 12 | 0 | 12 |
| 2012 Pavie, 750 ml | 24 | 0 | 24 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave

Store Hours
Monday-Friday: 10am-6pm (PST)

Berkeley, CA 94710
Click here for directions

Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000441602
Order Date.: Apr 7, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2011 Palmer, 750 ml | 36 | 0 | 36 | 0 | $164.99 | $5,939.64 |
| 2011 Clos Vougeot, Faiveley, 750 ml | 12 | 0 | 12 | 0 | $108.75 | $1,305.00 |
| 2012 Haut Brion, 750 ml | 36 | 0 | 36 | 0 | $262.50 | $9,450.00 |
| 2012 Clos Vougeot, Faiveley, 750 ml | 12 | 0 | 12 | 0 | $127.49 | $1,529.88 |
| 2012 Clos de Tart, 750 ml | 12 | 0 | 12 | 0 | $292.49 | $3,509.88 |

**Subtotal:** $21,734.40
**Tax:** $0.00
**Total:** $21,734.40

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2011 Palmer, 750 ml | 36 | 0 | 36 |
| 2011 Clos Vougeot, Faiveley, 750 ml | 12 | 0 | 12 |
| 2012 Haut Brion, 750 ml | 36 | 0 | 36 |
| 2012 Clos Vougeot, Faiveley, 750 ml | 12 | 0 | 12 |
| 2012 Clos de Tart, 750 ml | 12 | 0 | 12 |



About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Berkeley, CA 94710
Click here for directions

Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000440167
Order Date.: Mar 24, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 1986 Lafite Rothschild 3 Liter, 3 L | 3 | 0 | 3 | 3 | $4,125.00 | $12,375.00 |
| 2005 Bonnes Mares Magnum, Vogue, 1.5 L | 3 | 0 | 3 | 3 | $899.25 | $2,697.75 |
| 2012 Angelus, 750 ml | 24 | 0 | 24 | 0 | $187.49 | $4,499.76 |

**Subtotal:** $19,572.51
**Tax:** $0.00
**Total:** $19,572.51

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 1986 Lafite Rothschild 3 Liter, 3 L | 3 | 0 | 3 |
| 2005 Bonnes Mares Magnum, Vogue, 1.5 L | 3 | 0 | 3 |
| 2012 Angelus, 750 ml | 24 | 0 | 24 |



About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000439696
Order Date.: Mar 17, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2011 Cheval Blanc, 750 ml | 12 | 0 | 12 | 0 | $431.25 | $5,175.00 |
| 2011 Latour Magnum, 1.5 L | 3 | 0 | 3 | 0 | $862.50 | $2,587.50 |
| 2011 Mouton Magnum, 1.5 L | 3 | 0 | 3 | 0 | $637.50 | $1,912.50 |
| 2012 Troplong Mondot, 750 ml | 24 | 0 | 24 | 0 | $59.24 | $1,421.76 |
| 2012 Pavie, 750 ml | 18 | 0 | 18 | 0 | $134.99 | $2,429.82 |
| 2012 Haut Brion Blanc, 750 ml | 6 | 0 | 6 | 0 | $656.25 | $3,937.50 |
| 2012 La Mission Haut Brion Blanc, 750 ml | 18 | 0 | 18 | 0 | $521.25 | $9,382.50 |
| 2012 La Mission Haut Brion, 750 ml | 18 | 0 | 18 | 0 | $146.25 | $2,632.50 |

**Subtotal:** $29,479.08
**Tax:** $0.00
**Total:** $29,479.08

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2011 Cheval Blanc, 750 ml | 12 | 0 | 12 |
| 2011 Latour Magnum, 1.5 L | 3 | 0 | 3 |
| 2011 Mouton Magnum, 1.5 L | 3 | 0 | 3 |
| 2012 Troplong Mondot, 750 ml | 24 | 0 | 24 |
| 2012 Pavie, 750 ml | 18 | 0 | 18 |
| 2012 Haut Brion Blanc, 750 ml | 6 | 0 | 6 |
| 2012 La Mission Haut Brion Blanc, 750 ml | 18 | 0 | 18 |
| 2012 La Mission Haut Brion, 750 ml | 18 | 0 | 18 |

**Learn About Wine**
Regions
Producers
Feature Articles
Wine Expert Reviews

RSS Center
My Account
Contact Customer Service

Retail Store
Contact Us

**RSS Center**

**About Us**
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

**Premier Cru**
1011 University Ave
Berkeley, CA 94710
Click here for directions

**Store Hours**
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000438189
Order Date.: Feb 24, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2007 Latricieres Chambertin, Leroy, 750 ml | 6 | 0 | 6 | 0 | $824.25 | $4,945.50 |
| 2007 Musigny, Leroy, 750 ml | 6 | 0 | 6 | 0 | $2,849.25 | $17,095.50 |
| 2009 Le Carre, 750 ml | 24 | 0 | 24 | 0 | $86.25 | $2,070.00 |
| 2010 Clos Vougeot, Leroy, 750 ml | 7 | 0 | 7 | 7 | $1,199.25 | $8,394.75 |
| 2012 Troplong Mondot, 750 ml | 10 | 0 | 10 | 0 | $59.24 | $592.40 |
| 2012 Montrachet, Jadot, 750 ml | 8 | 0 | 8 | 0 | $359.99 | $2,879.92 |
| 2012 Cheval Blanc, 750 ml | 24 | 0 | 24 | 0 | $359.99 | $8,639.76 |
| 2012 Chablis Vaudesir, Fevre, 750 ml | 12 | 0 | 12 | 0 | $59.99 | $719.88 |
| 2012 Clos Vougeot, Chateau de La Tour, 750 ml | 12 | 0 | 12 | 0 | $97.49 | $1,169.88 |

**Subtotal:** $46,507.59
**Tax:** $0.00
**Total:** $46,507.59

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2007 Latricieres Chambertin, Leroy, 750 ml | 6 | 0 | 6 |
| 2007 Musigny, Leroy, 750 ml | 6 | 0 | 6 |
| 2009 Le Carre, 750 ml | 24 | 0 | 24 |
| 2010 Clos Vougeot, Leroy, 750 ml | 7 | 0 | 7 |
| 2012 Troplong Mondot, 750 ml | 10 | 0 | 10 |
| 2012 Montrachet, Jadot, 750 ml | 8 | 0 | 8 |
| 2012 Cheval Blanc, 750 ml | 24 | 0 | 24 |
| 2012 Chablis Vaudesir, Fevre, 750 ml | 12 | 0 | 12 |
| 2012 Clos Vougeot, Chateau de La Tour, 750 ml | 12 | 0 | 12 |

**Featured Wines**
What's New
Newsletters

**Learn About Wine**
Regions
Producers
Feature Articles
Wine Expert Reviews

Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

**RSS Center**

Enter Wine
SEARCH

Enter Email
SUBSCRIBE

**About Us**
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

**Premier Cru**
1011 University Ave
Berkeley, CA 94710
Click here for directions

**Store Hours**
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000437947
Order Date.: Feb 22, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 Palmer, 750 ml | 5 | 0 | 5 | 0 | $289.99 | $1,449.95 |

**Subtotal:** $1,449.95
**Tax:** $0.00
**Total:** $1,449.95

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 Palmer, 750 ml | 5 | 0 | 5 |



© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000437079
Order Date.: Feb 11, 2014
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2012 Lafite Rothschild, 750 ml | 36 | 0 | 36 | 0 | $489.99 | $17,639.64 |
| 2012 Ausone, 750 ml | 26 | 0 | 26 | 0 | $350.00 | $9,100.00 |
| 2010 Cote Rotie La Landonne, Guigal, 750 ml | 24 | 0 | 24 | 0 | $449.99 | $10,799.76 |
| 2010 Cote Rotie La Mouline, Guigal, 750 ml | 24 | 0 | 24 | 0 | $449.99 | $10,799.76 |
| 2010 Cote Rotie La Turque, Guigal, 750 ml | 24 | 0 | 24 | 0 | $449.99 | $10,799.76 |
| 2004 Unico, Vega Sicilia, 750 ml | 48 | 0 | 48 | 0 | $269.99 | $12,959.52 |

**Subtotal:** $72,098.44
**Tax:** $0.00
**Total:** $72,098.44

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2012 Lafite Rothschild, 750 ml | 36 | 0 | 36 |
| 2012 Ausone, 750 ml | 26 | 0 | 26 |
| 2010 Cote Rotie La Landonne, Guigal, 750 ml | 24 | 0 | 24 |
| 2010 Cote Rotie La Mouline, Guigal, 750 ml | 24 | 0 | 24 |
| 2010 Cote Rotie La Turque, Guigal, 750 ml | 24 | 0 | 24 |
| 2004 Unico, Vega Sicilia, 750 ml | 48 | 0 | 48 |

**Premier Cru**
1011 University Ave
Berkeley, CA 94710
Click here for directions

**Store Hours**
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000414484
Order Date.: Jun 1, 2013
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2012 l'Eglise Clinet, 750 ml | 36 | 0 | 36 | 0 | $187.99 | $6,767.64 |

| | |
|---|---|
| **Subtotal:** | $6,767.64 |
| **Tax:** | $0.00 |
| **Total:** | $6,767.64 |

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2012 l'Eglise Clinet, 750 ml | 36 | 0 | 36 |



© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER DETAILS

Order No.: SO-0000410889
Order Date.: Apr 25, 2013
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2012 Lafite Rothschild, 750 ml | 48 | 0 | 48 | 0 | $489.99 | $23,519.52 |
| 2012 Mouton Rothschild, 750 ml | 48 | 0 | 48 | 0 | $339.99 | $16,319.52 |

**Subtotal:** $39,839.04
**Tax:** $0.00
**Total:** $39,839.04

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2012 Lafite Rothschild, 750 ml | 48 | 0 | 48 |
| 2012 Mouton Rothschild, 750 ml | 48 | 0 | 48 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000405582
Order Date.: Feb 20, 2013
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 Chateauneuf Cuvee da Capo Magnum, Pegau, 1.5 L | 4 | 0 | 4 | 0 | $750.00 | $3,000.00 |
| 2010 Chateauneuf Cuvee da Capo 3 Liter, Pegau, 3 L | 2 | 0 | 2 | 0 | $1,799.00 | $3,598.00 |
| 2010 Chateauneuf Cuvee da Capo 6 Liter, Pegau, 6 L | 2 | 0 | 2 | 0 | $4,250.00 | $8,500.00 |
| 2010 Chateauneuf Cuvee da Capo 9 Liter, Pegau, 9 L | 2 | 0 | 2 | 0 | $6,299.00 | $12,598.00 |
| 2010 Chateauneuf Cuvee da Capo 15 Liter, Pegau, 15 L | 1 | 0 | 1 | 0 | $8,999.00 | $8,999.00 |

**Subtotal:** $36,695.00
**Tax:** $0.00
**Total:** $36,695.00

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 Chateauneuf Cuvee da Capo Magnum, Pegau, 1.5 L | 4 | 0 | 4 |
| 2010 Chateauneuf Cuvee da Capo 3 Liter, Pegau, 3 L | 2 | 0 | 2 |
| 2010 Chateauneuf Cuvee da Capo 6 Liter, Pegau, 6 L | 2 | 0 | 2 |
| 2010 Chateauneuf Cuvee da Capo 9 Liter, Pegau, 9 L | 2 | 0 | 2 |
| 2010 Chateauneuf Cuvee da Capo 15 Liter, Pegau, 15 L | 1 | 0 | 1 |

Berkeley, CA 94710
Click here for directions

Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000405552
Order Date.: Feb 19, 2013
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 Margaux, 750 ml | 24 | 0 | 24 | 0 | $799.99 | $19,199.76 |
| 2010 Haut Brion, 750 ml | 24 | 0 | 24 | 0 | $799.99 | $19,199.76 |
| 2010 Mouton Rothschild, 750 ml | 24 | 0 | 24 | 0 | $699.99 | $16,799.76 |
| 2010 Latour, 750 ml | 24 | 0 | 24 | 0 | $1,199.00 | $28,776.00 |
| 2010 Cheval Blanc, 750 ml | 24 | 0 | 24 | 0 | $899.99 | $21,599.76 |

**Subtotal:** $105,575.04
**Tax:** $0.00
**Total:** $105,575.04

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 Margaux, 750 ml | 24 | 0 | 24 |
| 2010 Haut Brion, 750 ml | 24 | 0 | 24 |
| 2010 Mouton Rothschild, 750 ml | 24 | 0 | 24 |
| 2010 Latour, 750 ml | 24 | 0 | 24 |
| 2010 Cheval Blanc, 750 ml | 24 | 0 | 24 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave

Store Hours
Monday-Friday: 10am-6pm (PST)

Berkeley, CA 94710
Click here for directions

Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000404301
Order Date.: Feb 4, 2013
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2009 Cote Rotie La Landonne, Guigal, 750 ml | 24 | 0 | 24 | 0 | $369.99 | $8,879.76 |
| 2009 Cote Rotie La Mouline, Guigal, 750 ml | 24 | 0 | 24 | 0 | $369.99 | $8,879.76 |
| 2009 Cote Rotie La Turque, Guigal, 750 ml | 24 | 0 | 24 | 0 | $369.99 | $8,879.76 |

**Subtotal:** $26,639.28
**Tax:** $0.00
**Total:** $26,639.28

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2009 Cote Rotie La Landonne, Guigal, 750 ml | 24 | 0 | 24 |
| 2009 Cote Rotie La Mouline, Guigal, 750 ml | 24 | 0 | 24 |
| 2009 Cote Rotie La Turque, Guigal, 750 ml | 24 | 0 | 24 |



© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER DETAILS

Order No.: SO-0000383523
Order Date.: Jun 12, 2012
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 1986 d'Yquem, 750 ml | 4 | 0 | 4 | 4 | $389.99 | $1,559.96 |

| | |
|---|---|
| **Subtotal:** | $1,559.96 |
| **Tax:** | $0.00 |
| **Total:** | $1,559.96 |

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 1986 d'Yquem, 750 ml | 4 | 0 | 4 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000376227
Order Date.: Mar 6, 2012
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2009 Montrose, 750 ml | 24 | 0 | 24 | 0 | $375.00 | $9,000.00 |
| 2009 Ducru Beaucaillou, 750 ml | 24 | 0 | 24 | 0 | $285.00 | $6,840.00 |
| 2009 Vieux Chateau Certan, 750 ml | 24 | 0 | 24 | 0 | $259.99 | $6,239.76 |
| 2009 Mouton Rothschild, 750 ml | 24 | 0 | 24 | 0 | $799.99 | $19,199.76 |
| 2010 Montrose, 750 ml | 24 | 0 | 24 | 24 | $205.00 | $4,920.00 |

**Subtotal:** $46,199.52
**Tax:** $0.00
**Total:** $46,199.52

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2009 Montrose, 750 ml | 24 | 0 | 24 |
| 2009 Ducru Beaucaillou, 750 ml | 24 | 0 | 24 |
| 2009 Vieux Chateau Certan, 750 ml | 24 | 0 | 24 |
| 2009 Mouton Rothschild, 750 ml | 24 | 0 | 24 |
| 2010 Montrose, 750 ml | 24 | 0 | 24 |

Berkeley, CA 94710
Click here for directions

Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

# ORDER DETAILS

Order No.: SO-0000365783
Order Date.: Nov 3, 2011
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2000 Lafite Rothschild Magnum, 1.5 L | 1 | 1 | 0 | 0 | $4,699.00 | $4,699.00 |
| 2010 Vieux Ch Certan, 750 ml | 36 | 0 | 36 | 0 | $279.99 | $10,079.64 |

**Subtotal:** $14,778.64
**Tax:** $0.00
**Total:** $14,778.64

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2000 Lafite Rothschild Magnum, 1.5 L | 1 | 1 | 0 |
| 2010 Vieux Ch Certan, 750 ml | 36 | 0 | 36 |



About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER DETAILS

Order No.: SO-0000365270
Order Date.: Oct 26, 2011
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2010 Petrus, 750 ml | 13 | 0 | 13 | 0 | $2,699.00 | $35,087.00 |
| 2010 Petrus Magnum, 1.5 L | 3 | 0 | 3 | 0 | $5,575.00 | $16,725.00 |

**Subtotal:** $51,812.00
**Tax:** $0.00
**Total:** $51,812.00

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2010 Petrus, 750 ml | 13 | 0 | 13 |
| 2010 Petrus Magnum, 1.5 L | 3 | 0 | 3 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.

My Account Hi WAI MAN Log Out Shopping Cart *wine, region, varietal, producer* SEARCH

MY ACCOUNT EDIT PROFILE ADDRESS BOOK BILLING INFORMATION

# ORDER DETAILS

Order No.: SO-0000363074
Order Date.: Sep 21, 2011
Status: Open

## PURCHASE DETAILS

| Wine | Qty | Shipped | Remain | Ready To Ship | Price/Bottle | Total Price |
|---|---|---|---|---|---|---|
| 2009 Pontet Canet, 750 ml | 40 | 0 | 40 | 0 | $139.95 | $5,598.00 |
| 2010 Pontet Canet, 750 ml | 40 | 0 | 40 | 0 | $159.95 | $6,398.00 |

| | |
|---|---|
| **Subtotal:** | $11,996.00 |
| **Tax:** | $0.00 |
| **Total:** | $11,996.00 |

## SHIPPING DETAILS

| Wine | Ordered | Shipped | Remain |
|---|---|---|---|
| 2009 Pontet Canet, 750 ml | 40 | 0 | 40 |
| 2010 Pontet Canet, 750 ml | 40 | 0 | 40 |

Browse Wines

Featured Wines
What's New
Newsletters

Learn About Wine
Regions
Producers
Feature Articles
Wine Expert Reviews

Customer Service
Pre-Arrival vs. In-Stock
Shipping Info
Terms and Conditions
RSS Center
My Account
Contact Customer Service

About Us
Company History
Our Staff
We Buy Wine
Retail Store
Contact Us

RSS Center

FIND A WINE
*Enter Wine*
SEARCH

GET OUR NEWSLETTER
*Enter Email*
SUBSCRIBE

About Us
We source the world's finest wines at extremely competitive prices to provide exceptional experiences for collectors, connoisseurs, and everyday wine lovers.

Become a fan!

Premier Cru
1011 University Ave
Berkeley, CA 94710
Click here for directions

Store Hours
Monday-Friday: 10am-6pm (PST)
Saturday: 10am-5pm (PST)
Sunday: Closed

© Copyright 2012 Premier Cru. All Rights Reserved. Privacy Policy.