# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WAI-MAN HUI,<br><br>Plaintiff,<br><br>v.<br><br>FOX ORTEGA ENTERPRISES, INC.,<br><br>Defendant. | Case No. 15-cv-03615-TSH<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

As this case has been stayed for bankruptcy proceedings since January 25, 2016 (ECF No. 16), there appears to be no reason to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this order shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: November 1, 2018

THOMAS S. HIXSON
United States Magistrate Judge